IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02315-MEH

TIFFANI JONES,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

---

## ORDER RE: NOTICE OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #8]. The Court finds the stipulation and terms of dismissal proper. Thus, the Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 3rd day of October, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge